Whitmore, Rauber & · Vicinus, Appellant, v. Hiram H. Edgerton, Individually and as Mayor of the City of Rochester, and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented; Foote, J., not sitting.

Susan Hargraves, as Administratrix, etc., Respondent, v. Wickwire Steel Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Enidena Mariani, as Administratrix, etc., Appellant, v. New York Telephone Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Paul Nowak, Respondent, v. De Laney Forge and Iron Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Bridget E. Finnie, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of Charles F. Moulton for the Appointment of Commissioners to Ascertain the Damage, etc., Caused by the Change of Grade on East Main Street, in Cuba Village.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

In the Matter of the Application of Maria C. Barnes, for the Appointment of Commissioners to Ascertain the Damage, etc., Caused by the Change of Grade on East Main Street, in Cuba Village.—Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

Buffalo Savings Bank, Plaintiff, v. Polish Roman Catholic Church of the Holy Mother of the Rosary of Buffalo and Others, Respondents. Diocese of Buffalo, Intervenor, Appellant.— Motions for reargument denied. Motions of Diocese of Buffalo and the Pendock Company for leave to appeal to Court of Appeals granted, and questions for review certified. Motion of Donnelly & O'Neil for leave to appeal to Court of Appeals denied, with ten dollars costs.

Earl J. Davis and Another, Respondents, v. International Railway Company, Appellant.—Motion for stay pending appeal granted, upon condition that appellant file and serve printed papers by April twelfth and briefs by April eighteenth, pay respondents' attorney ten dollars, and be ready to argue appeal at opening of next term of court.

Charles M. Lane, Appellant, v. Albert W. Jacobs, Respondent.— Motion for reargument denied, with ten dollars costs.

---

## SECOND DEPARTMENT, JANUARY, 1915.

The People of the State of New York ex rel. Louis J. Henninger, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled, writ sustained, and relator reinstated, with fifty dollars costs and disbursements. Opinion by Rich, J.* Jenks, P. J., Burr and Stapleton, JJ., concurred; Thomas, J., concurred in result.

* Withheld from publication by direction of the court.— [REP.